FILED
CLERK, U.S. DISTRICT COURT
9/12/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., | Case No. CV 19-2235 FMO (PLAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NIKRAD ENTERPRISES, INC., | |
| Defendant. | |

Pursuant to plaintiff's Request for Entry of Judgment Pursuant to FRCP 68(a) (Dkt. 17) and Notice of Acceptance of Offer of Judgment (Dkt. 22-2), IT IS ADJUDGED THAT:

1. Judgment shall be entered in favor of plaintiff Rafael Arroyo, Jr. and against defendant Nikrad Enterprises, Inc. ("Nikrad");

2. Nikrad shall pay plaintiff the sum of $4,100, plus allowable costs, which may include attorney's fees, to be determined by the Court;

3. No later than the date of this Order, Nikrad shall make the following changes to at 9409 Alondra Blvd, Bellflower, California 90706 ("Subject Property"), all in compliance with the 2010 Americans with Disabilities Act Standards and the 2016 California Building Code:

   a. Provide path of travel from public sidewalk to Subject Property entrance; and

   b. Provide path of travel to ATM at Subject Property.

4. The time for completion of the above construction and changes may be modified by the Court only for good cause shown by a party, upon notice and after hearing.

5. This action is **dismissed**.

Dated this 12th day of September, 2019.

                                      /s/
                Fernando M. Olguin
            United States District Judge